TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN





NO. 03-10-00702-CR






Collin Lane Lumpkins, Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT

NO. 09-294-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING





O R D E R


 On December 2, 2010, this appeal was dismissed for want of jurisdiction based on
the trial court's certification that this is a plea bargain case and that appellant Collin Lane Lumpkins
has no right of appeal. See Tex. R. App. P. 25.2(a)(2), (d). The Williamson County clerk has since
filed a supplemental clerk's record in this Court, containing an order appointing appellate counsel
and an amended certification of Lumpkins' right of appeal. The trial court now certifies that
Lumpkin has a right of appeal. Accordingly, we withdraw our opinion and judgment dated
December 2, 2010, and reinstate this appeal.


 ___________________________________________

 Diane M. Henson, Justice

Before Chief Justice Jones, Justices Patterson and Henson

Filed: December 23, 2010